## UNITED STATES DISTRICT COURT

Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Brian Henderson (USMS# 04651-104)<br>PLAINTIFF<br><br>DEFENDANT | CASE NUMBER: 14-60154CR Bloom<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 07/09/2014    ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   Threatening to Tamper with Consumer Product

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: English

7. Year of Birth:   1964

8. Defendant has retained counsel:   ☐ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: _____ (please print)

12. Office Phone Number: _____

13. Agency: USMS

14. Signature: _____

15. Date: _____

CR-64 (2/14)                REPORT COMMENCING CRIMINAL ACTION